## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

**ELAINE L. CHAO**, Secretary of Labor,   )
United States Department of Labor,       )
    Plaintiff(s),                   )
                                 )
    v.                           )
                                 )
**LOCAL 886, INTERNATIONAL**   )
**BROTHERHOOD OF TEAMSTERS**,  )
    Defendant(s).               )

### COMPLAINT

1.    Pursuant to 29 U.S.C. §§ 481-84,[1] the Secretary of Labor respectfully seeks a judgment declaring that an election conducted by defendant Local 886 on October 9, 2007 is void in part and directing defendant Local 886 to conduct a new election for the offices of secretary-treasurer and one trustee under supervision of the Secretary of Labor.

### JURISDICTION AND VENUE

2.    Jurisdiction exists pursuant to 28 U.S.C. §§ 1331 (federal question), 1337 (commerce), 1345 (United States as plaintiff), and 29 U.S.C. § 482(b).

3.    Venue lies in this district pursuant to 28 U.S.C. § 1391(b) and 29 U.S.C. § 482(b).

### PARTIES

4.    Elaine L. Chao is the duly appointed United States Secretary of Labor.

5.    Defendant is an unincorporated association within the jurisdiction of this Court.

---

[1]    Title IV of the Labor-Management Reporting and Disclosure Act of 1959, as amended (Act of September 14, 1959, 73 Stat. 519, et seq.).

6.    Defendant is a local labor organization engaged in an industry affecting commerce within the meaning of 29 U.S.C. §§ 402(i), 402(j) and 481(b).

## FACTUAL ALLEGATIONS

7.    On October 9, 2007, defendant conducted an election of officers.

8.    In conducting the election, defendant purported to act pursuant to its Election Rules, Bylaws and the International Brotherhood of Teamsters' (International) Constitution.

9.    The election was subject to the provisions of 29 U.S.C. §§ 481-84.

10.    On or about October 11, 2007, David Stetson, a member in good standing of Local 886, protested the election to the Secretary-Treasurer, Teamsters Joint Council 80.

11.    On or about October 19, 2007, the Secretary-Treasurer, Teamsters Joint Council 80, notified Stetson that a hearing on his protest had been scheduled for November 8, 2007.

12.    On December 7, 2007, the Teamsters Joint Council 80 denied the Stetson protest.

13.    On or about December 21, 2007, Stetson appealed the decision of Teamsters Joint Council 80 to the International's Executive Board.

14.    On January 18, 2008, having  invoked the remedies available for three calendar months without receiving a final decision after invocation, Stetson filed a timely complaint with the Secretary of Labor

15.    Stetson complaint was within the thirty days required by 29 U.S.C. § 482 (a)(2).

16.    Subsequently, defendant Local 886 agreed in writing to extend the Secretary of Labor's deadline for bringing this action until August 29, 2008.

17.   Pursuant to 29 U.S.C. § 521, and in accordance with 29 U.S.C. § 482(b), the Secretary of Labor investigated the Stetson complaint.

18.   Based on the investigation, the Secretary of Labor found probable cause to believe that a violation of 29 U.S.C. § 481, *et seq.* occurred in the conduct of the defendant Local 886's election on October 9, 2007.

19.   Defendant Local 886 violated 29 U.S.C. § 481(c) by failing to provide adequate safeguards to insure a fair election, *i.e.*, candidates and observers were not allowed to observe portions of the election process.

20.   Defendant Local 886 violated 29 U.S.C. § 481(e) by denying members in good standing the right to vote, *i.e.*, defendant failed to mail ballots to all eligible members or duplicate ballots to members upon their request.

21.   Defendant Local 886 violated 29 U.S.C. § 481(e) by allowing ineligible members to vote in violation of the International's Constitution.

22.   The violations alleged above may have affected the outcome of defendant Local 886's election on October 9, 2007 for the offices of secretary-treasurer and one trustee position.

### PRAYER FOR RELIEF

WHEREFORE, the Secretary of Labor prays for judgment:

(a)   declaring defendant Local 886's election for the offices of secretary-treasurer and one trustee position to be null and void;

(b)    directing defendant Local 886 to conduct a new election for offices of secretary-

treasurer and one trustee under the supervision of the Secretary of Labor;

(c)    for the costs of this action; and

(d)    for such other relief as may be appropriate.

ELECTRONIC CASE FILING

JOHN C. RICHTER
UNITED STATES ATTORNEY

S/ ROBERT A BRADFORD
BAR NUMBER:  10214
ASSISTANT U.S. ATTORNEY

UNITED STATES ATTORNEY'S OFFICE – WESTERN DISTRICT OF OKLAHOMA
210 PARK AVENUE, SUITE 400 – OKLAHOMA CITY, OK 73102
(405) 553-8700 - (FAX) 553-8885 – ROBERT.BRADFORD@USDOJ.GOV

OF COUNSEL:
    SHERYL L. VIEYRA
    U.S. DEPARTMENT OF LABOR
    OFFICE OF THE SOLICITOR
    525 S. GRIFFIN STREET, SUITE 501
    DALLAS, TEXAS 75202
    (972) 850-3123 – (FAX) 850-3101
    VIEYRA.SHERYL@DOL.GOV