## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

HILDA L. SOLIS, Secretary of Labor,  )
United States Department of Labor,   )
                                     )
                    Plaintiff,       )    CIV-08-903
                                     )
              v.                     )    Judge DeGiusti
                                     )
LOCAL 886, INTERNATIONAL             )
BROTHERHOOD OF TEAMSTERS,            )
                                     )
                    Defendant.       )

## MOTION TO CERTIFY
## ELECTION RESULTS AND ENTER JUDGMENT

NOW COMES Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Plaintiff" or "Secretary"), and pursuant to the Consent Decree and Order filed in this matter on December 8, 2009, hereby files her Motion to Certify Election Results and Enter Judgment, and in support thereof, would respectfully show as follows:

1.    Plaintiff has attached a *Certification of Election* certifying that the candidates named therein have been duly elected to their respective offices. *See* Exhibit A, *Certification of Election*, attached hereto and incorporated by reference. The election in this matter was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (the "Act") and, in so far as is lawful and practicable, in accordance with the provisions of the Teamsters International Constitution ("Constitution") and the Bylaws of Local 886 ("Bylaws").

2.    No post-election complaints were received by the Secretary regarding the supervised election. *See* Exhibit A.

3.    The Consent Decree and Order filed in this matter provided, *inter alia*, that the Court

would retain jurisdiction until after completion of the supervised election and throughout the post-election certification process and, upon approval of the Secretary's *Certification of Election*, the Court would enter judgment declaring that such persons have been elected as shown by the *Certification* and further providing that each party shall bear its own costs, including attorney's fees, costs and other expenses incurred by such party in connection with any stage of this proceeding.

THEREFORE, with the full consent and concurrence of Defendant, the Secretary hereby moves the Court:

a.  that the *Certification of Election*, attached hereto as Exhibit No. A, be filed into the record in this matter and that Judgment be entered declaring that such persons have been elected as shown by the *Certification of Election* to serve as the duly elected officers of Local 886, International Brotherhood of Teamsters; and

b.  that each party shall bear its own costs, fees and/or other related expenses incurred in connection with any stage of this proceeding.

Respectfully submitted,

Signed and agreed to this the 4th day of _____, 2010.

JOHN C. RICHTER
United States Attorney

Lead Counsel for Plaintiff

ROBERT A. BRADFORD
Assistant United States Attorney
Bar Number: 10214
robert.bradford@usdoj.gov

United States Attorney's Office
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
Telephone: (405) 553-8700
Facsimile: (405) 553-8885

OF COUNSEL:
SHERYL L. VIEYRA
Senior Trial Attorney / Special AUSA
Texas Bar Number: 24008193
vieyra.sheryl@dol.gov r
U.S. Department of Labor
Office of the Solicitor
525 S. Griffin Street, Suite 501
Dallas, Texas 75202
Telephone: (972) 850-3100
Facsimile: (972) 850-3101

Signed and agreed to this the 22 ND day of _____, 2010.

Lead Counsel for Defendant

George J. McCaffrey
McCaffrey & Associates, P.L.L.C.
6301 Waterford Blvd., Suite 401
Oklahoma City, Oklahoma 73118
Telephone: (405) 767-3300
Facsimile: (405) 767-3309
Bar Number: 5851
george@mccaffreylegal.com

3