## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

HILDA L. SOLIS, Secretary of Labor,    )

United States Department of Labor,    )

                                       )     Case No. CIV-08-903-D

    Plaintiff,    )

                                         )

    v.    )    CERTIFICATION OF ELECTION

                                       )

LOCAL 886, INTERNATIONAL    )
BROTHERHOOD OF TEAMSTERS,    )

    Defendant.    )

                                       )

---

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Consent Decree and Order entered December 8, 2009, in the United States District Court for the Western District of Oklahoma, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, and no post-election complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

**Exhibit A**

| | |
|---|---|
| Ron Cobb | President |
| Steve St. Cyr | Vice President |
| Tom Ritter | Secretary-Treasurer |
| Debbie Mooreman | Recording Secretary |
| Fredy Aguilar | Trustee |
| Terry Jones | Trustee |
| John Ricketts | Trustee |

Signed this __18th__ day of November 2010.

*Patricia Fox*

Patricia Fox, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor